# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136072

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALVIN JUNIOR GREER,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136072
COA: 281980
Allegan CC: 04-013767-FC

_____/

On order of the Court, the application for leave to appeal the January 25, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

s0828